## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SPECTRUM NORTHEAST, LLC | ) | |
| | ) | Case No. 6:21-cv-06453-FPG |
| Plaintiff, | ) | **Electronic Filing** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ROCHESTER, | ) | |
| STATE OF NEW YORK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant City of Rochester, New York.

Dated: July 20, 2021                                              Respectfully submitted,

/s/ Joel S. Winston

Joel S. Winston
NY ID No. 4949368
Cohen Law Group
413 S. Main Street
Pittsburgh, PA 15215
Phone: (412) 447-0130, ext. 17
jwinston@cohenlawgroup.org

*Counsel for Defendant, City of Rochester, State of New York*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Joel S. Winston*