UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SPECTRUM NORTHEAST, LLC,

          Plaintiff,

                   Case # 21-CV-6453-FPG

v.

                   DECISION AND ORDER

CITY OF ROCHESTER,

          Defendant.

   Plaintiff Spectrum Northeast, LLC ("Plaintiff") moved (ECF No. 12) to have attorney Christopher J. Harvie, Esq. admitted to this Court *pro hac vice* in order to appear and participate in this action and paid the required fees to the Clerk of the Court. After reviewing the application of Mr. Harvie, who is sponsored by Scott Rader, Esq., a member of this Court's bar, it is hereby

   ORDERED, that the application of Christopher J. Harvie to be admitted *pro hac vice* to this Court is GRANTED for the purpose of representing the Plaintiff in this action.

   IT IS SO ORDERED.

Dated: December 28, 2021
     Rochester, New York

                   _____
                   HON. FRANK P. GERACI, JR.
                   United States District Judge
                   Western District of New York