UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SPECTRUM NORTHEAST, LLC,

                               Plaintiff,

                                                                             Case # 21-CV-6453-FPG

v.

                                                                             DECISION AND ORDER

CITY OF ROCHESTER,

                               Defendant.
_____

       Plaintiff Spectrum Northeast, LLC ("Plaintiff") moved (ECF No. 13) to have attorney Daniel P. Reing, Esq. admitted to this Court *pro hac vice* in order to appear and participate in this action and paid the required fees to the Clerk of the Court. After reviewing the application of Mr. Reing, who is sponsored by Scott Rader, Esq., a member of this Court's bar, it is hereby

       ORDERED, that the application of Daniel P. Reing to be admitted *pro hac vice* to this Court is GRANTED for the purpose of representing the Plaintiff in this action.

       IT IS SO ORDERED.

Dated: December 28, 2021
       Rochester, New York

                                                _____
                                                HON. FRANK P. GERACI, JR.
                                                United States District Judge
                                                Western District of New York